JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANA FRANCISCA LINARES-MIRANDA, ) | No. SACV 13-604-CJC(CW) |
|        Petitioner, ) | JUDGMENT |
|     v. ) | |
| ERIC H. HOLDER, JR., et al., ) | |
|        Respondents. ) | |

**IT IS ADJUDGED** that the petition is dismissed as moot.

DATED: August 4, 2014

_____
CORMAC J. CARNEY
United States District Judge